UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK TODD,<br><br>            Plaintiff,<br><br>    v.<br><br>JOHN ELLIS, et al.,<br><br>            Defendants. | No. 2:13-cv-0273 MCE AC PS<br><br><br><br>ORDER |

Plaintiff, proceeding in this action pro se, has filed a motion to file a pleading longer than the 20 pages previously permitted for his amended complaint. See ECF No. 6. Examination of plaintiff's amended complaint reveals that he has complied with the court's prior directive, having limited the length to 20 pages, but he seeks leave to attach nearly 600 pages of exhibits to the pleading. The court will grant this request, but will consider only those exhibits that are incorporated in the amended complaint by reference. Fed. R. Civ. Pro. 10(c).

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to file a longer complaint (ECF No. 7) is granted.

DATED: March 10, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1